UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 21  P 1: 05

U.S. DISTRICT COURT
HARTFORD, CT.

LEROY WILLIAMS, JR.,               :
        Plaintiff,                 :
                                   :                    PRISONER
        v.                         :        Case No. 3:01CV735(RNC)(DFM)
                                   :
JOHN ARMSTRONG, et al.,            :
        Defendants.                :


                              ORDER

        Plaintiff has been released from the custody of the

Connecticut Department of Correction and has not communicated

with the court in over six months.  To verify his address and his

intent to pursue this action, plaintiff is directed to file a

notice in this case within **ten (10)** days from the date of this

order.  The notice shall include plaintiff's current address and

state whether he wishes to continue this action.  Failure to file

this notice will result in the dismissal of this action for

failure to prosecute.

        So ordered.

        Dated in Hartford, Connecticut, this ___ day of May, 2004.


                              _____
                              DONNA F. MARTINEZ
                              UNITED STATES MAGISTRATE JUDGE