UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (RNC)(DFM) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 16, 2004 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for all defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this 16th day of June 2004.

>DEFENDANTS
>John Armstrong, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>
>BY:_____/s/_____
>Michael J. Lanoue
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT  06105
>Tel:  (860) 808-5450
>E-Mail:  michael.lanoue@po.state.ct.us
>Federal Bar #ct05195

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of June 2004:

Leroy R. Williams, Jr.
441 Ash Street, Apt. 35
Willimantic, CT 06226

_____/s/_____
Michael J. Lanoue
Assistant Attorney General