UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (RNC)(DFM) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | JUNE 10, 2004 |

### NOTICE OF WAIVER OF SERVICE

Defendants Lantz, York Trainer, Martin, Wilcox, Cutler and Onofrio, through their counsel, waive service of the plaintiff's amended complaint.

Defendant Arsenault is no longer employed by the State of Connecticut and undersigned counsel has no authority to waive service for this defendant.

                                                DEFENDANTS
                                                John Armstrong, et al.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL


                            BY:_____/s/_____
                                 Michael J. Lanoue
                                 Assistant Attorney General
                                 110 Sherman Street
                                 Hartford, CT  06105
                                 Federal Bar #ct05195
                                 E-Mail:  michael.lanoue@po.state.ct.us
                                 Tel: (860) 808-5450
                                 Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of June 2004:

Leroy Williams #55224
441 Ash Street, Apt. 35
Willimantic, CT 06226

_____/s/_____
Michael J. Lanoue
Assistant Attorney General