UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | PRISONER |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | CIVIL NO. 3:01CV735 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 10, 2004 |

**MOTION FOR MORE DEFINITE STATEMENT**

Pursuant to Rule 12(e), Fed.R.Civ.P., the defendants respectfully request that the plaintiff

provide a more definite statement of his amended complaint, in the following respects:

1.      The plaintiff's original complaint identified John Doe's 1-9.

2.      The amended complaint lists the names of eight defendants, but does not indicate which

allegations pertain to each defendant or which "John Doe" the allegedly correspond.

3.      The defendants cannot respond to the amended complaint until the plaintiff informs them

of what allegations pertain to each defendant.

**WHEREFORE**, the defendants request that the Court require the plaintiff to provide a

more definitely statement.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day

of June 2004:

Leroy Williams #55224
441 Ash Street, Apt. 35
Willimantic, CT 06226


_____/s/_____
Michael J. Lanoue
Assistant Attorney General