UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | | PRISONER |
| LEROY R. WILLIAMS, JR. | : | CIVIL NO. 3:01CV735 (RNC)(DFM) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 22, 2004 |

## <u>APPEARANCE</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants, Lantz, York, Trainer, Martin, Wilcox, Cutler and Onofrio, in both official and individual capacities, and defendant Arsenault in official capacity only, in the above-captioned case.

Dated at Hartford, Connecticut, this 22nd day of June 2004.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-Mail:  michael.lanoue@po.state.ct.us
Federal Bar #ct05195

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of June 2004:

Leroy R. Williams, Jr.
441 Ash Street, Apt. 35
Willimantic, CT 06226


_____/s/_____
Michael J. Lanoue
Assistant Attorney General