JUN 17 2004    UNITED STATES DISTRICT COURT FILED

DISTRICT OF Conn    2004 JUL -2 PM 3:47

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

PRISONER
CIVIL NO. 3:01CV735(RNC)(DFM)

LeRoy R Williams JR

V.

JOHN ARMSTRONG, ET AL.    June 13- 2004

Motion For
Early Settlement

I Think At This Time Is Were We Should Talk About a Early Settlement and To come To Some agreement on This matter

LeRoy R Williams Jr

*LeRoy R Williams Jr* (signature)

441 Ash st apt 35
Willimantic Ct 06226

## CERTIFICATION

I hereby Certify a Copy of The Foregoing was mailed to the Following this 29 day of June 2004

Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105-2294

LeRoy R Williams Jr
LeRoy R Williams Jr
Plaintiff