FILED
2004 JUL 21 P 4: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY R WILLIAMS JR             PRISONER
VS.                             Civil No. 3:01CV 735 (RNCX DFM)
JOHN ARMSTRONG, ET AL.

Motion to Amended Complaint

#1 Warden Lantz      being Sued individual capacity
#2 Mary Cutler       being Sued individual capacity
3 Mark Trainor       being Sued individual capacity
4 Robert York        being Sued individual capacity
5 Margaret Camparelti being Sued individual capacity
6 Carol Arsenault    being Sued individual capacity
7 _____
8 Paul Onofrio       being Sued individual capacity
9 Robert Martin      being Sued individual capacity

           Sued in their individuar
              Capacities
              Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY R WILLIAMS JR
    V
JOHN ARMSTRONG, ET AL.

PRISONER JUL 02 2004

CIVIL NO. 3:01CV735 (RNC)(DFM)

STATEMENT    June-13-2004

All Defendants Lantz Trainor Martin Wilcox Cutler onfrio

Severally against all defendants for the physical and emotional injuries sustained as a result of the events are being sued In her or his individual capacity.

LeRoy R Williams Jr

*LeRoy R Williams Jr* (signature)

## CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following on this 20th day of July 2004:

Michael J Lanoue
Assistant Attorney General
110 Sherman Street
Hartford Ct 06105

By LeRoy R Williams Jr
441 ash street Apt 35
Willimantic ct 06226
LeRoy R Williams Jr