UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 12 A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT.

LEROY WILLIAMS, JR.,
    Plaintiff,

v.

JOHN ARMSTRONG, et al.,
    Defendants.

PRISONER
Case No. 3:01CV735(RNC)(DFM)

RULING AND ORDER

Plaintiff has filed a motion requesting that the parties talk about an "early settlement." When contacted by the court, defendants' counsel indicated that a settlement conference would not be productive at this time. Accordingly, plaintiff's motion [doc. #35] is **DENIED**.

**SO ORDERED** this _11th_ day of August, 2004, in Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE