UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LeRoy Williams, JR.,
Plaintiff

V.

John Armstrong, et al.,
Defendants

PRISONER
Case No. 3:01CV735(RNC)(DFM)

## Motion For Jury Trial Demanded

If you would like a more definite statement IF The PRELIMINARY Statement was Read you Wouldn't need a more definite statement and If you want more Lets Bring This To Trial and I will Be more Then Glad To Bring out The The truthfully About what took place on That of May 18 of 2000 I remember evey last detail That Took Place on That DAY excessive use of Force, and Sexual Intimidation and humiliation assault and Battery Sexual harrassment, invasion of privacy and intentional infliction of mental or emotional distress, And The on going Nightmares So If you would Like To Bring This out In Front 13 man Jury Fine So Be It Just Becuse you pepole work for The state you can,t Hide Behine The Tax payer and a lot of This Has Been going on In The D.O.C. I Think It would Very productive At This Time For a Early Settlment

## CERTIFICATION

I hereby certify that a copy of the Forgoing was mailed to the Following on this 16 Day of august 2004

Michael J Lanoue
Assistant Attorney General

LeRoy R Williams Jr
441 Ash St Apt 35
Willimantic ct
06226
LeRoy R Williams Jr