UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 30 P 1:31

U.S. DISTRICT COURT
HARTFORD, CT.

LEROY WILLIAMS, JR.,
    Plaintiff,

v.

JOHN ARMSTRONG, et al.,
    Defendants.

PRISONER
Case No. 3:01CV735(RNC)(DFM)

### RULING AND ORDER

Plaintiff has filed a motion requesting settlement or an immediate trial. By ruling filed August 2, 2004, the court set new deadlines for completion of discovery and filing dispositive motions. Those dates have not passed. Thus, any request for immediate trial is denied as premature. Further, by ruling filed August 12, 2004, the court denied plaintiff's motion for settlement and reported that defendants were not interested in settlement discussions at this time.

Accordingly, plaintiff's motion [**doc. #39**] is **DENIED**.

**SO ORDERED** this 30th day of August, 2004, in Hartford, Connecticut.

_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE