01CV735 Consent

# UNITED STATES DISTRICT COURT

District of Connecticut

| | |
|---|---|
| LeRoy R. Williams, Jr.<br><br>Plaintiff<br>V.<br><br>John Armstrong, et al.<br><br>Defendant | NOTICE, CONSENT, AND ORDER OF REFERENCE —<br>EXERCISE OF JURISDICTION BY A UNITED STATES<br>MAGISTRATE JUDGE<br><br>Case Number: 3:01CV735 (RNC) |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| LeRoy Williams, Jr. | LeRoy R Williams Jr | 7-5-02 |
| John Armstrong | | |
| Jack Tokarz | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _Donna F. Martinez_ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

9/28/04
Date                                                United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

*[Margin annotation, left side, rotated:] September 28, 2004. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered. Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUN 21 2001

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER |
| | : | CASE NO. 3:01CV735(RNC)(DFM) |
| V. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL | : | |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_5/29/01_
Date

_LeRoy R. Williams_ (signature)
Signature of Plaintiff(s)

LeRoy R. Williams
Printed/Typed Name

_____
Date

_____
Signature of Defendant(s)

_____
Printed/Typed Name

*[Filed stamp: 2004 SEP 29 A... DISTRICT COURT]*

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. <u>DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.</u>

September 28, 2004. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEROY R. WILLIAMS, JR., :
: 
    Plaintiff, :
:
v. : CASE NO. 3:01CV735 (RNC)
:
JOHN J. ARMSTRONG, ET AL., :
:
    Defendants. :

<u>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_____    9/24/04
                                                        Date

_____    _____
                                                        Date

_____    _____
                                                        Date

FILED 2004 SEP 29 A 8:39 US DISTRICT COURT