UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT -5 P 12: 50

U.S. DISTRICT COURT
HARTFORD, CT.

LEROY WILLIAMS, JR., :
    Plaintiff, :
     :      PRISONER
v. : Case No. 3:01CV735(DFM)
     :
JOHN ARMSTRONG, et al., :
    Defendants. :

RULING AND ORDER

Pursuant to the court's August 2, 2004 ruling, all discovery was concluded on October 1, 2004, and any motions for summary judgment must be filed on or before November 1, 2004. A review of court records reveals that defendants have not filed an answer.

Defendants are directed to file their answer by **November 1, 2004.**

**SO ORDERED** this 5th day of October, 2004, in Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE