UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV 23 A 10: 14

U.S. DISTRICT COURT
HARTFORD, CT.

LEROY R. WILLIAMS, JR., :
    Plaintiff, :
v. :   CASE NO. 3:01CV735(DFM)
JOHN J. ARMSTRONG, ET AL., :
    Defendants. :

**ORDER**

On September 22, 2004, this case was referred to the undersigned for all further proceedings in this case, including trial and the entry of a final judgment. It is hereby ORDERED that:

    1. A telephonic status conference shall be held with the undersigned on December 20, 2004 at 2:30 p.m.

    2. By December 15, 2004, the plaintiff shall provide the court and Attorney Michael J. Lanoue with a telephone number where the plaintiff may be reached.

Because the plaintiff has filed a *pro se* appearance, he must provide the Clerk of the Court with a mailing address and telephone number. See D. Conn. L. Civ. R. 5(a).

SO ORDERED at Hartford, Connecticut this 23rd day of November, 2004.

Donna F. Martinez
United States Magistrate Judge