UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (RNC)(DFM) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 29, 2004 |

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Except as noted herein, the defendants deny all material allegations of plaintiff's amended complaint.

The defendants admit that they were employees of the Connecticut Department of Correction at all times relevant to the complaint, holding the positions alleged.

The defendants were acting under color of law in their official capacities as officers/employees of the State of Connecticut, Department of Correction.

The defendants admit the plaintiff was transported from Superior Court to the Corrigan Correctional Institution on May 19, 2001.  Defendants admit the plaintiff was processed into the facility, held for a time in a holding cell, was given a shower, was seen by a nurse and social worker.

### FIRST AFFIRMATIVE DEFENSE

At all times mentioned in this lawsuit, the defendants acted within the scope of their duties as officers/employees of the State of Connecticut and acted with a good faith belief that their actions were lawful and, therefore, they are entitled to qualified immunity from monetary damages.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff failed to exhaust his administrative remedies prior to bringing this action.

>DEFENDANTS
>John Armstrong, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>
>BY:_____/s/_____
>Michael J. Lanoue
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT  06105
>Federal Bar #ct05195
>E-Mail:  michael.lanoue@po.state.ct.us
>Tel: (860) 808-5450
>Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of November 2004:

Leroy Williams
P.O. Box 794
Acton, ME 04001

>_____/s/_____
>Michael J. Lanoue
>Assistant Attorney General

2