UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | DECEMBER 15, 2004 |

## MOTION FOR AMENDED SCHEDULING ORDER
## RE DISPOSITIVE MOTIONS

The defendants respectfully request that the Court allow further time, to December 29, 2004, to file a dispositive motion in this case for the following reasons:

1.  Defendants' counsel's workload and absences from work due to illness made it impossible to meet the Court's deadline of November 1, 2004.

2.  The defendants believe this case can be resolved by summary judgment in that the plaintiff failed to exhaust administrative remedies prior to bringing suit in this action.

>                    DEFENDANTS
>                    John J. Armstrong, et al.
>
>                    RICHARD BLUMENTHAL
>                    ATTORNEY GENERAL
>
>
>    BY:_____/s/_____
>        Michael J. Lanoue
>        Assistant Attorney General
>        110 Sherman Street
>        Hartford, CT  06105
>        Federal Bar #ct05195
>        E-Mail:  michael.lanoue@po.state.ct.us
>        Tel: (860) 808-5450
>        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of December 2004:

LeRoy R. Williams, Jr.
P.O. Box 794
Acton, ME 04001

_____/s/_____
Michael J. Lanoue
Assistant Attorney General