UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 22 P 3: 20
U.S. DISTRICT COURT

LeRoy R. Williams, JR   ; Prisoner
                        ; Civil No. 3:01cv735 (DFM)
V.
John J. Armstrong, E AL.!

### MOTION FOR Jury Trial Demanded

The Plaintiff respectfully request that the court to have a Jury Trial in This case for following reasons:
Defendants. Is saying That I The Plaintiff Failed to exhaust administrative remedies Prior to bringing suit IF The Defendants Read The Preliminary Statement and all The Facts These Defendants would of seen That the Plaintiff DID act on This

Plaintff

LeRoy R Williams Jr
LeRay R Williams Jr

P.O Box 794
Acton ME 04001

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 20th Day of December 2004:

Michael J. Lonouc
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

*LeRay R Williams Jr*
LeRoy R Williams Jr