UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER |
| | : | NO. 3:01CV735(RNC)(DFM) |
| V. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 29, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ.P., the defendants move for summary judgment for the reasons more fully set forth in the accompanying Memorandum of Law, filed herewith.

```
                              DEFENDANTS
                              John Armstrong, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL


                   BY:_____/s/_____
                              Michael J. Lanoue
                              Assistant Attorney General
                              110 Sherman Street
                              Hartford, CT  06105
                              Telephone No.: (860) 808-5450
                              Federal Bar No. ct05195
                              E-mail:  michael.lanoue@po.state.ct.us
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of December, 2004:

Leroy R. Williams, Jr.
P.O. Box 794
Acton, ME  04001

_____/s/_____
Michael J. Lanoue
Assistant Attorney General