UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | DECEMBER 30, 2004 |

**MATERIAL FACTS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. The plaintiff did not file any grievances against any defendant regarding the subject matter of this complaint in accordance with the Department of Correction Administrative Directive 9.6. Affidavit of Korch, Exhibit A.

2. The plaintiff did not file any appeals of grievances in accordance with Administrative Directive 9.6 concerning the subject matter of this complaint. Id., Exhibit A.

3. Defendant Robert Martin is presently a Correctional Lieutenant for the Connecticut Department of Correction. Affidavit of Martin.

4. Defendant Martin has been employed with the Connecticut Department of Correction since October 14, 1994. Id.

5. On May 19, 2000, defendant Martin worked at the Corrigan Correctional Institution. Id.

6. Defendant Martin's post was Admitting and Processing Property Officer. Id.

7. Defendant Martin has no recollection of Mr. Williams entering the facility on that day. Id.

8. To defendant Martin's knowledge, no incident occurred involving Mr. Williams on that date. Id.

9. Defendant Martin is not aware of any conduct by himself or any other staff member concerning Mr. Williams that was not proper and appropriate. Id.

10. If defendant Martin had been aware of any improper conduct or other incident involving Mr. Williams, he would have written an incident report in accordance with Department A.D. 6.6 (Reporting of Incident). Id.

11. In ten years defendant Martin has never received discipline for anything. Id.

12. Defendant Martin has never been accused by an inmate of improper conduct in any civil action other than this lawsuit. Id.

13. No other defendant in this case has received discipline for improper conduct in their treatment of inmate. Id. Affidavits of Martin, Trainor.

14. Defendant Martin has been recognized by the Department of Correction as Employee of the Year. Affidavit of Martin.

15. Defendant Martin has served in Iraq for 18 months in the National Guard. Id.

16. Defendant Martin is presently assigned to the Department's Security Division and as part of my duties he is involved with the most confidential and sensitive responsibilities. Id.

17. Defendants Wilcox, Cutler and Arsenault were all employees of the University of Connecticut Health Center working at Corrigan Correctional Institution. Id., Affidavit of Trainor.

18. As medical and mental health staff, Cutler, Wilcox and Arsenault did not supervise custody staff. Id.

19. These defendants had no responsibility or authority to investigate allegations of wrong doing by custody staff. Id.

20. Defendant Trainor is presently a Correctional Officer for the Connecticut Department of Correction. Affidavit of Trainor.

21. Defendant Trainor has been employed by the Connecticut Department of Correction since March 1993. Id.

22. On May 19, 2000, defendant Trainor worked at Corrigan Correctional Institution. Id.

23. On that date, defendant Trainor was the Admitting and Processing Shakedown Officer. Id.

24. Defendant Trainor has no recollection of Mr. Williams entering the institution on that date. Id.

25. To defendant Trainor's knowledge, no incident occurred involving Mr. Williams on that date. Id.

26. Defendant Trainor is not aware of conduct by myself or any other staff member concerning Mr. Williams that was not proper and appropriate. Id.

27. If defendant Trainor had been aware of any improper conduct or any other incident involving Mr. Williams, he would have written an incident report in accordance with the Department's Administrative Directive 6.6 (Reporting Of An Incident). Id.

28. In defendant Trainor's 11 years and 9 months of employment with the Department of Correction, he has never been disciplined. Id.

29. Defendant Trainor has never been accused by an inmate of improper conduct in any civil action other than this lawsuit. Id.

30. A Security Division investigation failed to substantiate the plaintiff's claims. Exhibit B.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of December 2004:

Leroy R. Williams, Jr.
P.O. Box 794
Acton, ME 04001


_____/s/_____
Michael J. Lanoue
Assistant Attorney General