UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | ) ) ) ) | Case No. 3:01CV735 |
| v. | ) ) | Judge (RNC)(DFM) |
| JOHN ARMSTRONG, ET AL | ) ) ) ) | Notice of Manual Filing |

Please take notice that the defendants have manually filed the following document or thing

Attachment A DOC Administrative Directive 9.6
Attachment B DOC Investigation Report

This document has not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5450
Fax: (860) 808-5591
E-mail: michael.lanoue@po.state.ct.us
Fed. Bar #ct05195