UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | DECEMBER 15, 2004 |

## AFFIDAVIT

I, KRISTIN KORCH, being duly sworn, depose and say:

1. I am the grievance coordinator for Corrigan/Radgowski Correctional Center.

2. On December 8, 2004, I conducted a thorough search of grievance records for the period of time from May 1, 2000 to August 1, 2000, concerning the plaintiff, LeRoy Williams, Inmate #55224.

3. There is no record of any Level 1 inmate grievances being filed by Mr. Williams #55224 during this period.

4. There is no records indicating any grievance, in accordance with Administrative Directive 9.6, was filed by Mr. Williams during his incarceration at Corrigan/Radgowski Correctional Center for the above period of time.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Kristin Korch

Subscribed and sworn to before me this 23 day of December 2004.

_____
Notary Public /
Commissioner of the Superior Court

GARY CREDIT
NOTARY PUBLIC
COMMISSION EXPIRES 08/31/2006