UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | DECEMBER 28, 2004 |

### AFFIDAVIT

I, **ROBERT MARTIN**, being duly sworn, depose and say:

1. I am presently a Correctional Lieutenant for the Connecticut Department of Correction.

2. I have been employed with the Connecticut Department of Correction since October 14, 1994.

3. On May 19, 2000, I worked at the Corrigan Correctional Institution.

4. My post was Admitting and Processing Property Officer.

5. I have no recollection of Mr. Williams entering the facility on that day.

6. To my knowledge, no incident occurred involving Mr. Williams on that date.

7. I am not aware of any conduct by myself or any other staff member concerning Mr. Williams that was not proper and appropriate.

8. If I had been aware of any improper conduct or other incident involving Mr. Williams, I would have written an incident report in accordance with Department A.D. 6.6 (Reporting of Incident).

9. In ten years I have never received discipline for anything.

10. I have never been accused by an inmate of improper conduct in any civil action other than this lawsuit.

11. To my knowledge no other defendants in this case have received discipline for improper conduct in their treatment of inmate.

12. I have been recognized by the Department of Correction as Employee of the Year.

13. I have served in Iraq for 18 months in the National Guard.

14. I am presently assigned to the Department Security Division and as part of my duties I am involved with the most confidential and sensitive responsibilities.

15. Defendants Wilcox, Cutler and Arsenault were all employees of the University of Connecticut Health Center working at Corrigan Correctional Institution.

16. As medical and mental health staff, Cutler, Wilcox and Arsenault did not supervise custody staff.

17. These defendants had no responsibility or authority to investigate allegations of wrong doing by custody staff.

18. To the best of my knowledge, all allegations of wrong doing in this complaint against me and the other defendants are false and untrue.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Robert Martin

Subscribed and sworn to before me this 28th day of December, 2004.

_____
Commissioner of the Superior Court