UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER |
| | : | NO. 3:01CV735(RNC)(DFM) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 28, 2004 |

### AFFIDAVIT

I, Mark Allen Trainor, being duly sworn and deposed and say that:

1. I am presently a Correctional Officer for the Connecticut Department of Correction.

2. I have been employed by the Connecticut Department of Correction since March 1993.

3. On May 19, 2000 I worked at Corrigan Correctional Institution.

4. My post was the Admitting and Processing Shakedown Officer.

5. I have no recollection of Mr. Williams entering the institution on that date.

6. To my knowledge, no incident occurred involving Mr. Williams on that date.

7. I am not aware of conduct by myself or any other staff member concerning Mr. Williams that was not proper and appropriate.

8. If I had been aware of any improper conduct or any other incident involving Mr. Williams, I would have written an incident report in accordance with the department Administrative Directive 6.6 (reporting of an incident).

9. In my 11 years and 9 months, I have no disciplinary record.

10. I have never been accused by an inmate of improper conduct in any civil action other than this lawsuit.

11. To my knowledge no other defendant in this case has received discipline for improper conduct in their treatment of inmates.

12. Defendants Wilcox, Cutler and Arsenault were all employees of the University of Connecticut Health Center working at Corrigan Correctional Institution.

13. As medical or mental health staff, Cutler, Wilcox and Arsenault did not supervise custody staff.

14. These defendants had no responsibility or authority to investigate allegations of wrong doing by custody staff.

15. To the best of my knowledge all allegations of wrongdoing in the plaintiff's complaint against me and the other defendants are false and untrue.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

Mark Allen Trainor

Subscribed and sworn to before me this 28th day of December, 2004.

Commissioner of the Superior Court
Notary Public
My Commission Expires: