United States District Court
District of Connecticut

LeRoy R Williams JR

V.

John J. Armstrong, et al

FILED
2005 JAN 18 P 3:54
U.S. DISTRICT COURT
BRIDGEPORT CT

PRISONER
Case No 3:01CV735(DFM)

Motion For Summary Judgment

And all paper work as orderd

I Have Sent Paper Work That There Was Grievance Form were Sent To The pepole In need of These Forms What Happen To Them after I Sent Them I Don't Know

Plaintiff,

LeRoy R Williams Jr

*LeRoy R Williams Jr*

P.O. Box 794
Acton ME 04001

Tel 1-207 3245709

and I Don,t under Stand Why The Defendant Is going throw all This When He admitet His Guilt By offern me $20000 At the Time of The Hearing We Had on The phone Between me Himself and The Judge

LeRoy R Williams Jr.
LeRoy R Williams Jr
P.o Box 794
Acton me 04001
Tel 1207 324-5709

I hereby Certify that a copy of the foregoing was mailed to the following on this 15 Day of Jan 2005;

Michael Lanoue
Assistant Attorney General
110 Sherman Street
Hartford Ct 06105

LeRoy R Williams Jr
LeRoy R Williams Jr
Plaintiff

Case 3:01-cv-00735-DFM    Document 55    Filed 01/18/2005    Page 4 of 16



## Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** LeRoy Williams
**Inmate no.:** 55224
**Facility:** Osborn C.I.
**Housing unit:** Loft-1-41
**Date:** 11-4-02

**Request:** 2nd Request on this matter. ON 10-26-02 I wrote you about this. And It Now 11-4-02. I Need The 1st Request Back Allso. What I Need Is: A incident took place at Corrigan in which I was assaulted By D.O.C guards. This Took place on May 19th of 2000 and a statement was taken By staff in relationship To This assault I was sent papers By the D.O.C which they want me to Fill out. These include a Request, Grievance Form A Level 1, Grievance Form B, Levels 2 & 3. Could you please explain to me to who I must send these forms to. I would appreciate having the information as Soon as possible. I Have A Deadline on This Nov. 18-01.

Thank you LeRoy Williams

(continue on back if necessary)

**Submitted to:** 
**Date:** 
**Acted on by:** 

**Action Taken and/or Response:**

Dennis Morgan

(continue on back if necessary)

Sent out Request
Dennis M.
12-17-02

**Response to Inmate Date:** 11/5/02
**Staff Member Signature:** [signature]

10-26-02

A incident take place at Corrigan, in which I was assaulted by D.O.C. guards. This take place in May 19th of 2000, and a statement was taken By staff in relationship to this assault. I were was seen papers By the D.O.C. which they stated me to Fill out. These include a Request, Grievance Form A Level 1, Grievance Form B, Levels 2 & 3. Could you Please explain to me to who I must send these forms to. I would appreciate having the information as soon as possible.

Schulz

2nd Request 11-3-02

Response To Dismissal Motion

Leroy,
write this →

Argument Against Dismissal for Not Exhausting State Remedies

By filing a complaint with the Dept. of Correction and giving sworn testimony on what happened to Mr. Williams on May 19, 2000, to a nurse, Capt. Shulte, two internal investigators and a Deputy Commissioner of the D.O.C., all the time being told that the matter was and would be "looked into" is in plaintives mind and should be in the courts too, that the plaintive Mr. Williams "has exhausted all state remedies" and therefore the U.S District Court is the proper court of jurisdiction.

Secondly, a recent case on the same issues of abuse to an inmate by correctional staff was allowed to be heard in U.S. District Court without having been through the state level on the premise that the complaint was proper for the U.S District Court to handle because of the violation of federal constitutional issues.

| FACILITY Corrigan C.I. | ~~PREV~~IOUSLY INTERVIEWED YES [ ] NO [✓] | SUPPLE~~MENT~~ARY Yes | STATEMENT TAKEN YES [✓] NO [ ] |
|---|---|---|---|

**NATURE OF COMPLAINT** Inmate Williams Alleged Assault.

**PERSON INTERVIEWED** Carol Arsenault.

(R) Charges and what other inmates would do to him. He never mentioned to me that a staff member assaulted him. I did not see any bruises or marks on Inmate Williams, if I did I would have reported it to a supervisor. Had any medical staff witnessed any bruises medical staff would have wrote an incident report and noted it on her chart along with a medical incident report. (R)

| INVESTIGATOR'S SIGNATURE | SUPERVISOR'S SIGNATURE | PAGE OF PAGES 2  2 | DATE 9/13/00 |
|---|---|---|---|

| FACILITY CORRIGAN G | ...IOUSLY INTERVIEWED S [ ] NO [ ] | SUPPLE...ARY | STATEMENT TAKEN YES [ ] NO [ ] |
|---|---|---|---|

NATURE OF COMPLAINT: I/M ALLEGATION OF ASSAULT BY STAFF

PERSON INTERVIEWED: WILCOX, CATHY CHN

(W) Williams in my office. I never was told by inmate Williams that he was assaulted by staff. I did not see bruises or any type of marks, if I noticed marks or bruises I would have reported it to a custody supervisor. My office is very close to the shower if an officer was assaulting an inmate in that area I would have heard. Again inmate Williams never told me he was assaulted. The officers that work in that area (A.P.) are very professional. I would be suprised if I found out that officer Trainor would do something like this. I brought inmate Williams to Mental Health who the staff member was Mary Cutler. I knew because of the way inmate Williams was acting he would be assigned to Mental Health. If I had noticed marks or bruises I would have noted it on his intake chart. (W)

| INVESTIGATOR'S SIGNATURE | SUPERVISOR'S SIGNATURE | PAGE OF PAGES 2 of 2 | DATE 9/13/00 |
|---|---|---|---|

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 10, 2002 |

## DEFENDANTS' STATUS REPORT

1. **Is this case ready for trial?**

Yes, except as noted below.

2. **Discovery**

The defendants do not seek further discovery.

3. **Further Pretrial Motions**

The defendants seek permission to file a Motion to Dismiss based on failure to exhaust administrative remedies. The reason for this Motion at this time is that much of the plaintiff's original complaint was in the nature of alleged excessive force. Nussle was decided by the Supreme Court after the deadline passed. See number 11, below.

4. **Plaintiff's Relief**

The plaintiff seeks a declaratory judgment, injunctive relief, compensatory and punitive damages in his complaint.

5. **Time for Trial**

The defendants anticipate one day to try their case.

6. **Witnesses**

The defendants:

Jack Tokarz, Department of Correction, 24 Wolcott Hill Road, Wethersfield
John Armstrong, Department of Correction, 24 Wolcott Hill Road, Wethersfield
Nurse Mary Cutler, Department of Correction, 24 Wolcott Hill Road, Wethersfield

Rebuttal witnesses, as necessary.

7. **Damages**

The plaintiff suffered no damages in this case.

8. **Jury Trial**

No.

9. **Issues**

    A.    Whether the defendants violated any rights of the plaintiff.
    B.    Whether the defendants were personally involved in any manner regarding plaintiff's complaints.

10. **Settlement**

The defendants believe it may be useful to conduct a settlement conference.

Neither defendant was in any way actually involved in plaintiff's complaint.

11. **Other Matters**

Defense counsel will be out of State from June 21, 2002 to July 8, 2002. Counsel seeks until July 23, 2002.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *(signature)*
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of June 2002:

Leroy R. Williams, Jr. #55224
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

*(signature)*
Michael J. Lanoue
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY R WILLIAMS JR
  V
JOHN ARMSTRONG, ETAL.

PRISONER   JUL 0 2 2004

CIVIL NO. 3:01CV735(RNC)(DFM)

STATEMENT   June-13-2004

all Defendants Lantz Trainor Martin Wilcox Cutler onFrio
    Severally against all defendants For The physical and emotional injuries sustained as a result of The events are being Sued In her or his individual capacity.

LeRoy R Williams Jr

LeRoy R Williams Jr

CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following on this 20th day of July 2004:

Michael J Lanoue
Assistant Attorney General
110 Sherman Street
Hartford Ct 06105

By LeRoy R Williams Jr
441 ash street Apt 35
Willimantic ct 06226
LeRoy R Williams Jr

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY R WILLIAMS JR                     PRISONER
VS.                          Civil No. 3:01CV 735(RNCX DFM)
JOHN ARMSTRONG, Et AL.

Motion to Amended Complaint

#1 Warden Lantz    being Sued individual capacity
#  Mary Cutler    being Sued individual capacity
3  Mark tRAiNoR  being Sued individual capacity
2  Robert York    being Sued individual capacity
5  Morganet Camparelti being Sued individual capacity
6  Carol arsenAult being Sued individual capacity
7  _____
8  Paul onoFrio    being Sued individual capacity
9  Robert martin   being Sued individual capacity

Sued in their indiriduar
Capacities
Defendants.

Mark Trainor, 42, of 49 Hennequin Road, Columbia, was charged with disorderly conduct Oct. 13. Bond: $250 non-surety. Court: Oct. 14 in Rockville. *Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | PRISONER<br>CIVIL NO. 3:01CV735 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 10, 2004 |

### NOTICE OF WAIVER OF SERVICE

Defendants Lantz, York Trainer *TRAINOR*, Martin, Wilcox, Cutler and Onofrio, through their counsel, waive service of the plaintiff's amended complaint.

Defendant Arsenault is no longer employed by the State of Connecticut and undersigned counsel has no authority to waive service for this defendant.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of June 2004:

Leroy Williams #55224
441 Ash Street, Apt. 35
Willimantic, CT 06226

                                             Michael J. Lanoue
                                             Assistant Attorney General

2