U.S. District Court
Hartford Ct.

LeRoy R Williams Jr
Plaintiff
V.                                    Case No.
John Armstrong, Et Al.                3:01cv735 DFM
Defendants

He Summary Judgment motion

(1) I Submitted and filed all Judgments and There personally involvement and There description of each defendants alleged involvement In This case and grievance were filed and In any circumstances If the defendants would admitted to His or Her guilt They would Not go throw all this to Cover up The Dirt and gulit of What They Did Wrong I Know What on that Day If they want to play Dirtey I will to and Time To Pullen my Chain and If again If they wasn't guilte Why In World Did This Loon Offer me $200.00 When all three of us talk on the Phone and Have a Recorden of This That I tape the phone call That one Day and I all So In toch with american Civil Liberties Union Craig cowie attorney out of Washington DC and If you think me asking $5000 To settle This case Is Bad When my attorney Bring you The Defendants Down you will think twice about the $5000 you could of settle for Compared to $80000 or $90000 you well Have To Come up With Time To Stop playing Game and admited To The truthy

LeRoy Williams
2-12-05

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of march 2005

Michael J Longue
Assistant Attorney General
110 SHERman Street
Hartford Ct
06105

LeRoy R Williams Jr
LeRoy R Williams Jr