UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR., | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:01CV735 (DFM) |
| JOHN J. ARMSTRONG, ET AL., | : | |
| Defendants. | : | |

### NOTICE AND ORDER

This case was scheduled for a telephonic status conference on May 19, 2005. The court was unable to conduct the status conference because the telephone number provided by the plaintiff and listed on the docket is no longer in service.

It is hereby ORDERED that, on or before June 14, 2005, the plaintiff must file with the Clerk of the Court a Notice of Change of Address setting forth his current address and telephone number so that he can receive court notices and rulings. If the plaintiff fails to comply with this Order, the case may be dismissed. The Clerk is directed to send a copy of this Order to the plaintiff at the following address: Inmate Leroy R. Williams, York County Jail, 1 Layman Way, Alfred, ME 04002.

SO ORDERED at Hartford, Connecticut this 31st day of May, 2005.

Donna F. Martinez
United States Magistrate Judge