UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY R. WILLIAMS, JR., :
    Plaintiff, :
v. : CASE NO. 3:01CV735 (DFM)
JOHN J. ARMSTRONG, et al., :
    Defendants. :

### ORDER

A telephonic status conference has been scheduled with the undersigned for August 17, 2005 at 2:30 p.m. Counsel for the defendant shall initiate the call to chambers at (860)240-3605 with the plaintiff on the line. By no later than August 5, 2005, defendant's counsel shall contact the plaintiff at York County Jail, 1 Layman Way, Alfred, ME 04002 to make arrangements to coordinate the telephonic status conference.

SO ORDERED at Hartford, Connecticut this 27th day of July, 2005.

Donna F. Martinez
United States Magistrate Judge