UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 18 A 11: 19

DISTRICT COURT
ARTFORD, CT.

LEROY R. WILLIAMS, JR., :
    Plaintiff, :
v. : CASE NO. 3:01CV735 (DFM)
JOHN J. ARMSTRONG, ET AL., :
    Defendants. :

## NOTICE AND ORDER

This case was scheduled for a telephonic status conference on August 17, 2005. The court was unable to conduct the status conference because counsel for the defendants did not initiate the call to chambers as required by this court's order dated July 27, 2005 (doc. #61).

It is hereby ORDERED that a telephonic status conference shall be held on September 7, 2005 at 9:30 a.m. Counsel for the defendants shall initiate the call to chambers at (860)240-3605 with the plaintiff on the line. By no later than August 31, 2005, defendants' counsel shall contact the plaintiff at York County Jail, 1 Layman Way, Alfred, ME 04002 to make arrangements to coordinate the telephonic status conference.

SO ORDERED at Hartford, Connecticut this 18th day of August, 2005.

Donna F. Martinez
United States Magistrate Judge