UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEROY R. WILLIAMS, JR.

    v.                      CIVIL NO: 3:01CV735 (DFM)

JOHN J. ARMSTRONG, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, Michael J. Rose, Esquire, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114, Tel: (860) 249-7665 is appointed as *pro bono* counsel for the plaintiff, Leroy R. Williams, Jr., in the above-captioned case for settlement purposes only.

Dated at New Haven, Connecticut this 6th day of October, 2005.

_____/s/_____
Joan G. Margolis
United States Magistrate Judge