UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | NO.: 3:01CV00735 (JGM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL | : | JANUARY 16, 2006 |

## APPEARANCE

Please enter the appearance of Christy H. Doyle, as attorney for the plaintiff, Leroy R. Williams, Jr., in the above matter, in addition to the appearance already on file by this firm.

PLAINTIFF,
LEROY R. WILLIAMS, JR.

By_____
Christy H. Doyle
ct23458
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: cdoyle@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 16th day of January, 2006.

Michael J. Lanoue, Esquire
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

_____
Christy H. Doyle