```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

              CALENDAR CALL AND JURY SELECTION CALENDAR

         Honorable Donna F. Martinez, U. S. Magistrate Judge
                           450 Main Street
                              Hartford
                           East Courtroom

                            May 24, 2006

                             10:00 a.m.

                         NOTICE TO COUNSEL
```

Calendar Call will begin at 10:00 a.m. on May 24, 2006, at 450 Main Street, Hartford, CT. with jury selection to follow immediately thereafter.

Proposed Voir Dire questions shall be submitted in compliance with the Pretrial Order.

Problems with the selection of juries or in the assignment of trial dates shall be discussed prior to the calendar date among all counsel. No continuances shall be granted except upon a timely request submitted in writing, after such consultation and upon good cause shown.

Any request by counsel for a continuance to the next jury selection date must include a representation that his/her client joins in the request.

Because settlement of cases assigned for jury selection or trial affects counsel and parties in other scheduled cases, timely notice must be given of settlements. As late notice imposes heavy burdens on the court system, any settlement reported after the close of business on May 19, 2006 will require an explanation of why settlement was not achieved and reported sooner. The absence of a reasonable basis for the failure to achieve and give notice earlier will result in the taxation of costs against an offending party.

Attention of counsel in civil cases is called to the District Court Standing Order Regarding Trial Memoranda in Civil Cases and to this Court's Pre-trial Order.

```
                                   DONNA F. MARTINEZ
                                   UNITED STATES MAGISTRATE JUDGE
```