UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | CIVIL NO. 3:01cv735 (JGM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | APRIL 24, 2006 |

## MOTION FOR EXTENSION OF TIME

The defendants respectfully request a two-week extension of time to May 12, 2006, to respond to plaintiff's production requests, dated March 28, 2006, for the following reasons:

1.   Counsel for the defendants has been engaged in numerous other litigation responsibilities including preparation for trial in Arzuaga v. Armstrong, et al., Civil No. 3:03cv558 (WIG); research and writing of a Second Circuit brief in Ebron v. Clegg, 05-4504-pr; preparation for a CHRO Public Hearing in DuPerry v. State of Connecticut, and other litigation matters.

2.   Counsel for the defendants needs further time to review both the request for production and the defendants' responses.

3.   Counsel for the plaintiff has been contacted and does not object to this request.

4.   This is the first request for an extension of time to respond to this discovery request.

DEFENDANTS
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
　　Michael J. Lanoue
　　Assistant Attorney General
　　110 Sherman Street
　　Hartford, CT  06105
　　Federal Bar #ct05194
　　E-Mail:  michael.lanoue@po.state.ct.us
　　Tel: (860) 808-5450
　　Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of April 2006:

Christy H. Doyle
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114


_____/s/_____
Michael J. Lanoue
Assistant Attorney General

2