UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR., | : | CASE NO. 3:01CV735 (DFM) |
| v. | : | |
| JOHN J. ARMSTRONG,<br>JACK TOKARZ, JOHN DOE,<br>THERESA LANTZ, ROBERT YORK,<br>MARK C/O, ROBERT MARTIN,<br>CATHY WILCOX, ARSENAULT,<br>MARY CULTER, PAUL ONOFRIO, | :<br><br>: | |

## JUDGMENT

Counsel of record having reported to the Court on May 1, 2006, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 14th day of June, 2006.

KEVIN F. ROWE, CLERK

BY _____/S/_____
Robert K. Wood
Deputy Clerk

EOD_____