UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY R. WILLIAMS, JR. | : | NO.: 3:01CV00735 (JGM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL | : | DECEMBER 27, 2006 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Christy H. Doyle moves the Court for permission to withdraw her appearance filed on behalf of the plaintiff, Leroy R. Williams, Jr., in the above-captioned matter.

Attorney Michael Rose of Howd & Ludorf, LLC previously entered their appearance on behalf of the plaintiff, Leroy R. Williams, Jr.

                                PLAINTIFF,
                                LEROY R. WILLIAMS, JR.


                              By_____
                                Christy H. Doyle
                                ct23458
                                Howd & Ludorf, LLC
                                65 Wethersfield Avenue
                                Hartford, CT  06114
                                (860) 249-1361
                                (860) 249-7665 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of December, 2006.

Michael J. Lanoue, Esquire
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

_____
Christy H. Doyle